UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER<br><br>  Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>  Defendants. | No.  C 08-02582 VRW<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 6<br>Judge: Chief Judge Vaughn R. Walker |

## ORDER

Based on the joint application and stipulation of the parties, and good cause

Order
-1-

appearing therefor, the Court continues the Case Management Conference of March 26, 2009 to May 14, 2009 at 3:30 p.m. in Department #6.

**IT IS SO ORDERED.**

Dated: ____February 24____, 2009   _____
United States District Judge



Order
-2-