Michael S. Biggs, Esq.  SBN: 237640
BIGGS LAW PC
Post Office Box 454
Petaluma, CA 94953-0454

(707) 763-8000 Telephone
(707) 763-8010 Facsimile

Attorney for Plaintiff
Troy Collier

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER.<br><br>                    Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>                    Defendants. | Case No.: C 08-2582 VRW<br><br>**STIPULATION AND ORDER TO RESET DEPOSITION DATE FOR DEPOSITION DATE OF MATT GUSTAFSON** |

   IT IS HEREBY STIPULATED, by and between defendants WFPD et al, and plaintiff TROY COLLIER., that the following shall be made the order of the court.

   The deposition of Matt Gustafson set for September 30, 2009 per the SCHEDULING ORDER of August 13, 2009, shall be rescheduled to take place on October 29, 2009.

IT IS SO STIPULATED.

_____
*Stipulation on Deposition of Matt Gustafson*                    1                    *Case No.: C 08-2582 VRW*

Dated: September 30, 2009                    /S/ Michael S. Biggs
                                             Michael S. Biggs
                                             Attorney for Plaintiff


Dated: September 30, 2009                    /S/ William J. Gorham III
                                             William J. Gorham III
                                             Attorney for Defendants

_____

**ORDER**

　　Good cause appearing, it is so ordered.


Dated: _____09/30/09_____

                                             _____
                                             **Chief Judge Vaughn R. Walker**
                                             United States District Court

*Stipulation on Deposition of Matt Gustafson*                2                *Case No.: C 08-2582 VRW*