IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY COLLIER,                              No   C 08-2582 VRW

       Plaintiff,                        ORDER

       v

WINDSOR FIRE PROTECTION DISTRICT
BOARD OF DIRECTORS, et al,

       Defendants.
_____/

       The court is in receipt of the parties' joint application to extend time for completion of fact discovery. Doc #41. The parties have agreed to an extension of time from December 31, 2009 to January 22, 2010. Id at 2.

       In their stipulation, the parties state that counsel for defendants issued written discovery to plaintiff from each defendant and that plaintiff's counsel has issued over six hundred requests for admissions upon multiple defendants. Id. The court is concerned that discovery may be extending beyond what is reasonable given the issues presented in this case. While the court has no objection to extending the discovery cutoff date to

January 22, 2010 and taking the depositions of plaintiff's doctor and wife appears reasonable, other aspects of the parties' plans seem to border on the excessive and unnecessary.  In particular, plaintiff's six hundred requests for admissions and defendants' additional written discovery are troubling.  The court urges counsel to reevaluate their respective positions; the court is available to discuss these matters with counsel as needed.

Accordingly, the court extends time for completion of fact discovery from December 31, 2009 to January 22, 2010.

IT IS SO ORDERED.

/s/ Vaughn Walker

VAUGHN R WALKER
United States District Chief Judge

**2**