UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER<br><br>    Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>    Defendants. | No.  C 08-02582 VRW<br><br>[~~PROPOSED~~] ORDER EXTENDING COURT's SCHEDULING ORDER<br><br>Courtroom: 6<br>Judge: Chief Judge Vaughn R. Walker |

## ORDER

Based on the joint application and stipulation of the parties, and good cause

Order
-1-

appearing therefor, the Court continues it's Scheduling Order dated November 12, 2009. The new dates are as follows:

    Court Annexed Mediation to be completed by: 06/09/2010;

    Designation of Experts/Reports: 04/12/2010;

    Rebuttal Expert/Reports: 04/30/2010;

    Experts discovery cutoff: 05/21/2010;

    Dispositive Motions Hearing: 06/24/2010 at 10:00 a.m.;

    Pretrial Conference/Set Trial Date: 08/19/2010 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: 2/23 , 2010

United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*