UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER<br><br>    Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>    Defendants. | No.   C 08-02582 PJH<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 3<br>Judge: Phyllis J. Hamilton |

## ORDER

Based on the joint application and stipulation of the parties, and good cause

---

Order
-1-

appearing therefor, the Court continues the Case Management Conference currently set for March 3, 2011. The new date for the Case Management Conference is March 10, 2011 at 2:00 in Department #3. It is further ordered that the Joint Case Management Statement is now due by March 3, 2011.

**IT IS SO ORDERED.**

Dated: February 22, 2011

_____
United States District Judge
Judge Phyllis J. Hamilton