# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>Defendants. | No.  C 08-02582 PJH<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 3<br>Judge: Phyllis J. Hamilton |

## ORDER

Based on the joint application and stipulation of the parties, and good cause

Order
-1-

appearing therefor, the Court continues the Case Management Conference currently set for January 5, 2012 @ 1:00 p.m.. The new date for the Case Management Conference is February 23, 2012 at 2:00 in Department #3.

**IT IS SO ORDERED.**

Dated: <u>January 4</u>, 2012

<u> </u>
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Order
-2-