1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER,<br><br>     Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>     Defendants. | No.   C 08-02582 PJH<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 3<br>Judge: Phyllis J. Hamilton |

## ORDER

Based on the joint application and stipulation of the parties, and good cause

Order
-1-

1  appearing therefor, the Court continues the Case Management Conference
2  currently set for January 5, 2012 @ 1:00 p.m.. The new date for the Case
3  Management Conference is February 23, 2012 at 2:00 in Department #3.

6  **IT IS SO ORDERED.**

8  Dated: ___January 4___, 2012

   _____
   United States District Judge

   IT IS SO ORDERED
   Judge Phyllis J. Hamilton