UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TROY COLLIER | No.  C 08-02582 PJH |
|---|---|
| Plaintiff, | |
| vs. | [~~Proposed~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; | [Filed Concurrently with Stipulation of Counsel for Dismissal of Case With Prejudice]<br><br>Courtroom: 3<br>Judge: Phyllis J. Hamilton |
| And DOES 1-25, | |
| Defendants. | |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every party, with prejudice.

Order
-1-

1     IT IS HEREBY ORDERED that this action be dismissed with prejudice, in

2 its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of

3 Civil Procedure 41(a)(1).

6 **IT IS SO ORDERED.**

8 Dated: February 21, 2012

9 _____
United States District Court Judge
Judge Phyllis J. Hamilton

Order
-2-