UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER<br><br>    Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>    Defendants. | No.  C 08-02582 PJH<br><br>[~~Proposed~~] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[Filed Concurrently with Stipulation of Counsel for Dismissal of Case With Prejudice]<br><br>Courtroom: 3<br>Judge: Phyllis J. Hamilton |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every party, with prejudice.

Order
-1-

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

Dated: __February 21__, 2012

_____
United States District Court Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*